**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 14, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00714-CV
_____


## IN RE ELAINE T. MARSHALL, INDIVIDUALLY, ET AL., Relators


**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 365,053-403**

## MEMORANDUM OPINION

On October 21, 2020, relators Elaine T. Marshall, Individually, et al. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable James Horowitz, presiding judge of Probate Court No 4. of Harris County, to set aside his (1) February 14, 2020 order approving Preston Marshall's

interpleader action; and (2) his June 1, 2020 order denying relators' motion to modify the February 14, 2020 order.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.